<table>
<tr><td><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:
**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter __7__

☐ Check if this is an amended filing

<u>Official Form 201</u>
## Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | In Mobil Trucking, LLC |
| 2. | All other names debtor used in the last 8 years | |
| | Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 8  1 – 3  1  2  9  4  3  0 |

4. Debtor's address

**Principal place of business**

217 Welch Folly Ln.
Number    Street

_____

Aledo                    TX    76008
City                     State  ZIP Code

Parker
County

**Mailing address, if different from principal place of business**

_____
Number    Street

_____
P.O. Box

_____
City                 State   ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____

_____
City                 State   ZIP Code

5. Debtor's website (URL) _____

6. Type of debtor
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **In Mobil Trucking, LLC** _____ Case number (if known) _____

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | *A. Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor **In Mobil Trucking, LLC** _____ Case number (if known) _____

| | | | |
|---|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☒ | No |
| | | ☐ | Yes. District _____ When _____ Case number _____ |
| | If more than 2 cases, attach a separate list. | | MM / DD / YYYY |
| | | | District _____ When _____ Case number _____ |
| | | | MM / DD / YYYY |
| | | | District _____ When _____ Case number _____ |
| | | | MM / DD / YYYY |

| | | | |
|---|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☒ | No |
| | | ☐ | Yes. Debtor _____ Relationship _____ |
| | List all cases. If more than 1, attach a separate list. | | District _____ When _____ |
| | | | MM / DD / YYYY |
| | | | Case number, if known _____ |
| | | | |
| | | | Debtor _____ Relationship _____ |
| | | | District _____ When _____ |
| | | | MM / DD / YYYY |
| | | | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor **In Mobil Trucking, LLC** _____    Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**    _(Check all that apply.)_

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    _____
Number        Street

_____

_____
City                State        ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency    _____

Contact name    _____

Phone    _____

---

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

_Check one:_
☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  **In Mobil Trucking, LLC**                              Case number (if known) _____

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.  Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **07/27/2020**
          MM / DD / YYYY

X  **/s/ Igor Nisic**
Signature of authorized representative of debtor

**Igor Nisic**
Printed name

**Owner**
Title

**18.  Signature of attorney**

X  **/s/ Gwendolyn E. Hunt**                    Date  **07/27/2020**
Signature of attorney for debtor                                   MM / DD / YYYY

**Gwendolyn E. Hunt**
Printed name

**GWENDOLYN E. HUNT, ATTORNEY**
Firm name

**2010 N. Hampton Rd., Ste. 400**
Number          Street

**Desoto**                                          **TX**        **75115**
City                                                State       ZIP Code

**(214) 330-4465**                                  **GEHBKYATTY@GEHUNT.COM**
Contact phone                                       Email address

**18267**
Bar number                                          State

**Fill in this information to identify the case**

Debtor name __**In Mobil Trucking, LLC**__

United States Bankruptcy Court for the: __**NORTHERN DISTRICT OF TEXAS**__

Case number
(if known) _____

☐ Check if this is an
  amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                              12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1:   Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

    ☐ No.  Go to Part 2.
    ☑ Yes.  Fill in the information below.

    **All cash or cash equivalents owned or controlled by the debtor**                **Current value of debtor's interest**

2.  **Cash on hand**                                                                                        $442.73

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

    Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of
                                                                                   account number

4.  **Other cash equivalents**    *(Identify all)*

    Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.          $442.73

### Part 2:   Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

    ☑ No.  Go to Part 3.
    ☐ Yes.  Fill in the information below.

Debtor **In Mobil Trucking, LLC**                                Case number (if known) _____
               Name

**7.  Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

**9.  Total of Part 2.**
    Add lines 7 through 8.  Copy the total to line 81.

|  |
|---|
| **$0.00** |

## Part 3:  Accounts receivable

**10.  Does the debtor have any accounts receivable?**

    ☑ No.  Go to Part 4.
    ☐ Yes.  Fill in the information below.

                                                       Current value of
                                                       debtor's interest

**11.  Accounts receivable**

11a.  90 days old or less:   _____  −  _____  =  .............. ➔   _____
                     face amount           doubtful or uncollectible accounts

11b.  Over 90 days old:   _____  −  _____  =  .............. ➔   _____
                     face amount           doubtful or uncollectible accounts

**12.  Total of Part 3**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

|  |
|---|
| **$0.00** |

## Part 4:  Investments

**13.  Does the debtor own any investments?**

    ☑ No.  Go to Part 5.
    ☐ Yes.  Fill in the information below.

                                         Valuation method      Current value of
                                           used for current value  debtor's interest

**14.  Mutual funds or publicly traded stocks not included in Part 1**

      Name of fund or stock:

**15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

      Name of entity:                   % of ownership:

**16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

      Describe:

**17.  Total of Part 4**
    Add lines 14 through 16.  Copy the total to line 83.

|  |
|---|
| **$0.00** |

## Part 5:  Inventory, excluding agriculture assets

**18.  Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No.  Go to Part 6.
    ☐ Yes.  Fill in the information below.

Debtor __In Mobil Trucking, LLC_____ Case number (if known) _____
      Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

                                                                                     $0.00

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

                                                                                     $0.00

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor **In Mobil Trucking, LLC** _____ Case number (if known) _____
Name

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42. Collectibles** _Examples:_ Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **(2) 2019 Peterbilts 579 Series** Surrender for value. | | | $277,206.67 |
| 47.2. **2018 Freightliner Cascadia** Surrender for value. | | | $138,610.11 |
| 47.3. **2018 Freightliner Cascadia** Surrender for value. | | | $143,599.40 |
| 47.4. **2018 Freightliner Cascadia** Surrender for value. | | | $125,488.10 |
| 47.5. **2016 Volvo VN 670** Surrender for value. | | | $63,368.40 |
| 47.6. **(2) 2017 Volvo VN 670** Surrender for value. | | | $152,826.36 |
| 47.7. **(2) 2018 Volvo VNL 860** Suurender for value. | | | $226,230.31 |

Debtor **In Mobil Trucking, LLC** _____ Case number (if known) _____
Name

| | | | | | |
|---|---|---|---|---|---|
| 47.8. | **2018 Volvo VNL 860**<br>Surrender for value. | | | | $118,529.50 |
| 47.9. | **(2) 2019 Volvo VNL 860**<br>Surrender for value. | | | | $259,533.87 |
| 47.10. | **2016 Wabash Trailer Dry Van**<br>Surrender for value. | | | | $55,249.77 |
| 47.11. | **2017 Wabash Trailer Dry Van**<br>Surrender for value. | | | | $15,169.55 |
| 47.12. | **2018 Wabash Dry Van Trailer**<br>Surrender for value. | | | | $21,421.44 |
| 47.13. | **2018 Wabash Trailer Dry Van**<br>Surrender for value. | | | | $33,994.16 |
| 47.14. | **2018 Trailer Dry Van.**<br>Surrender for value. | | | | $31,257.52 |
| 47.15. | **(4) Wabash Trailers Dry Vans.**<br>Surrender for value. | | | | $59,633.73 |
| 47.16. | **(2) 2019 Wabash Trailer Dry Van.**<br>Surrender for value. | | | | $50,880.12 |
| 47.17. | **2019 Wabash Reefer Trailer / Thermo King** | | | | $73,798.62 |
| 47.18. | **2019 Utility Reefer Trailer** | | | | $63,550.00 |
| 47.19. | **2019 Reitnouer Flatbed Conestoga Trailer** | | | | $51,896.46 |
| 47.20. | **2016 Ford F150**<br>Surrender for value. | | | | $13,000.00 |
| 47.21. | **2019 Wasbash Dry Van Trailer** | | | | $9,045.72 |
| 47.22. | **(3) Washbash Trailer Dry Van**<br>Surrender for value. | | | | $50,015.75 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats
    trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)**

51. **Total of Part 8.**
    Add lines 47 through 50.  Copy the total to line 87.                          $2,034,305.56

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 9:  Real property**

54. **Does the debtor own or lease any real property?**

    ☑ No.  Go to Part 10.
    ☐ Yes.  Fill in the information below.

Debtor __In Mobil Trucking, LLC_____ Case number (if known) _____
        Name

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

| $0.00 |
|---|

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 10: Intangibles and Intellectual Property

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☒ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** | | | |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10.**

Add lines 60 through 65.  Copy the total to line 89.

| $0.00 |
|---|

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 11: All other assets

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.  Go to Part 12.
☐ Yes.  Fill in the information below.

Debtor    **In Mobil Trucking, LLC**_____    Case number (if known)_____
             Name

**Current value of
debtor's interest**

**71.  Notes receivable**

Description (include name of obligor)

**72.  Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73.  Interests in insurance policies or annuities**

**74.  Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.  Other contingent and unliquidated claims or causes of action of every nature,
         including counterclaims of the debtor and rights to set off claims**

**76.  Trusts, equitable or future interests in property**

**77.  Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

**78.  Total of Part 11.**
         Add lines 71 through 77.  Copy the total to line 90.

**$0.00**

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**
         ☐ No
         ☐ Yes

Debtor  __In Mobil Trucking, LLC_____  Case number (if known) _____
           Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$442.73** | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| **83.** **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| **86.** **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$2,034,305.56** | |
| **88.** **Real property.** *Copy line 56, Part 9*.............................................➔ | | **$0.00** |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| **90.** **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| **91.** **Total.** Add lines 80 through 90 for each column. 91a. | **$2,034,748.29** + 91b. | **$0.00** |

**92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92...................................................................... **$2,034,748.29**

**Fill in this information to identify the case:**

Debtor name __**In Mobil Trucking, LLC**__

United States Bankruptcy Court for the: __**NORTHERN DISTRICT OF TEXAS**__

Case number _____
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1**

**Creditor's name**
**Ally Financial**

**Creditor's mailing address**
**1820 East Sky Harbor Circle So.**

_____

Phoenix        AZ    85034

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**        **4  3  4  7**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

**2016 Ford F150**

**Describe the lien**

**Purchase Money**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$13,000.00**        Value of collateral: **$13,000.00**

**Surrender for value.**

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**        **$2,064,467.07**

Debtor   **In Mobil Trucking, LLC**_____   Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.2** Creditor's name
**BMO Harris Bank, NA**

Creditor's mailing address
**P.O. Box 74897**

_____

**Chicago          IL     60694-4897**

Creditor's email address, if known

_____

Date debt was incurred      **8/23/2018**

Last 4 digits of account
number         **0   6   6   4**

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**(2) 2019 Peterbilts 579 Series**

Describe the lien
**Purchase Money**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$277,206.67          $277,206.67

Surrender for value.

**2.3** Creditor's name
**BMO Harris Bank, NA**

Creditor's mailing address
**P.O. Box 74897**

_____

**Chicago          IL     60694-4897**

Creditor's email address, if known

_____

Date debt was incurred      **2/16/2017**

Last 4 digits of account
number         **8   0   0   1**

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
**(4) Wabash Trailer Dry Van**

Describe the lien
**Purchase Money**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$59,633.73          $59,633.73

Surrender for value.

Debtor  **In Mobil Trucking, LLC**                    Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

|  |  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.4** **Creditor's name**
**BMO Harris Bank, NA**

**Creditor's mailing address**
**P.O. Box 74897**

_____

Chicago            IL      60694-4897

**Creditor's email address, if known**

_____

Date debt was incurred      **9/26/2016**

**Last 4 digits of account number**          **2  0  0  1**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

 ☐ No. Specify each creditor, including this creditor, and its relative priority.

 ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**2016 Volvo VN 670**

**Describe the lien**

**Purchase Money**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$55,249.77**  Value of collateral: **$55,249.77**

Surrender for value.

**2.5** **Creditor's name**
**BMO Harris Bank, NA**

**Creditor's mailing address**
**P.O. Box 74897**

_____

Chicago            IL      60694-4897

**Creditor's email address, if known**

_____

Date debt was incurred      **6/11/2018**

**Last 4 digits of account number**          **9  0  0  1**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

 ☐ No. Specify each creditor, including this creditor, and its relative priority.

 ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**(2) 2019 Wabash Trailers Dry Van**

**Describe the lien**

**Purchase Money**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$50,880.12**  Value of collateral: **$50,880.12**

Surrender for value.

Debtor  **In Mobil Trucking, LLC** _____  Case number (if known) _____

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---------|-----------------|--|--|--|

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

**2.6**

| Creditor's name | Describe debtor's property that is | | |
|--|--|--|--|
| **BMO Harris Bank, NA** | **subject to a lien** | $51,896.46 | $51,896.46 |

**Creditor's mailing address**
**P.O. Box 74897**

**Describe debtor's property that is subject to a lien**
**2019 Reitnouer Flatbed ConestogaTrailer**

**Describe the lien**
**Purchase Money**
_____

_____

**Chicago**          **IL**    **60694-4897**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    **2/26/2019**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**    **3  0  0  1**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

Surrender for value.

**2.7**

| Creditor's name | Describe debtor's property that is | | |
|--|--|--|--|
| **CIT Bank, NA** | **subject to a lien** | $63,550.00 | $63,550.00 |

**Creditor's mailing address**
**10201 Centurion Parkway N.#100**

**Describe debtor's property that is subject to a lien**
**2019 Utility Reefer Trailer Dry Van**

**Describe the lien**
**Purchase Money**

_____

**Jacksonville**      **FL**    **32256**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    **12/7/2018**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Last 4 digits of account number**    **7  1  5  0**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

Surrender for value.

Debtor **In Mobil Trucking, LLC**                    Case number (if known) _____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

**2.8** Creditor's name
**CIT Bank, NA**

Describe debtor's property that is
subject to a lien                                   **$73,798.62**      **$73,798.62**

Creditor's mailing address
**10201 Centurion Parkway N.#100**

**2019 Wabash Reefer Trailer / Thermo King**

Describe the lien

**Purchase Money**

_____

**Jacksonville         FL    32256**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

_____

Date debt was incurred _____

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account
number          **6  2  8  3**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes. Have you already specified the
relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No. Specify each creditor, including this
creditor, and its relative priority.

☐ Yes. The relative priority of creditors is
specified on lines _____

Surrender for value.

**2.9** Creditor's name
**Hitachi Inspire The Next**

Describe debtor's property that is
subject to a lien                                   **$9,045.72**      **$9,045.72**

Creditor's mailing address
**21925 Network Place**

**2019 Wasbash Dry Van**

Describe the lien

**Purchase Money**

_____

**Chicago            IL    60673-1219**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

_____

Date debt was incurred    **6/30/2018**

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account
number          **3  2  6  4**

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes. Have you already specified the
relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No. Specify each creditor, including this
creditor, and its relative priority.

☐ Yes. The relative priority of creditors is
specified on lines _____

Surrender for Value

Debtor __In Mobil Trucking, LLC__ Case number (if known) _____

## Part 1: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|

**2.10**

Creditor's name
**Kaufman County Tax Office**

Creditor's mailing address
**PO Box 339**

**100 N. Washington**

_____

**Kaufman          TX     75142**

Creditor's email address, if known

_____

Date debt was incurred     **2019**

Last 4 digits of account
number          **3   5   6   9**

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien

**Business Personal Property Taxes**

Describe the lien

**Taxes**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$30,161.41 | $30,161.41

**2.11**

Creditor's name
**Mercedes-Benz Financial Services USA**

Creditor's mailing address
**14372 Heritage Parkway**

_____

**Ft. Worth          TX     76177**

Creditor's email address, if known

_____

Date debt was incurred     **5/21/2017**

Last 4 digits of account
number          **9   0   0   1**

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien

**2018 Freightliner Cascadia**

Describe the lien

**Purchase Money**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$125,488.10 | $125,488.10

**Surrender for value.**

Debtor    **In Mobil Trucking, LLC**      Case number (if known) _____

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

|  | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.12**

Creditor's name
**Mercedes-Benz Financial Services USA**

Creditor's mailing address
**14372 Heritage Parkway**

_____

_____

**Ft. Worth      TX    76177**

Creditor's email address, if known

_____

Date debt was incurred    **2/22/2018**

Last 4 digits of account
number     **8   0   0   1**

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes. Have you already specified the
relative priority?

   ☐ No. Specify each creditor, including this
creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien

**2018 Freightliner Cascadia**

Describe the lien

**Purchase Money**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

                                       **$143,599.40**          **$143,599.40**

Surrender for value.

**2.13**

Creditor's name
**Mercedes-Benz Financial Services USA**

Creditor's mailing address
**14372 Heritage Parkway**

_____

_____

**Ft. Worth      TX    76177**

Creditor's email address, if known

_____

Date debt was incurred    **11/15/2017**

Last 4 digits of account
number     **3   0   0   1**

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes. Have you already specified the
relative priority?

   ☐ No. Specify each creditor, including this
creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien

**2018 Freightliner Cascadia**

Describe the lien

**Purchase Money**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

                                       **$138,610.11**          **$138,610.11**

Surrender for value.

Debtor __In Mobil Trucking, LLC__      Case number (if known) _____

**Part 1:**    **Additional Page**

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

**2.14**   Creditor's name
**Mercedes-Benz Financial Services USA**

Creditor's mailing address
**14372 Heritage Parkway**

_____

_____

**Ft. Worth**      **TX**   **76177**

Creditor's email address, if known

_____

Date debt was incurred    **11/15/2017**

Last 4 digits of account
number     **5   0   0   1**

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes. Have you already specified the
     relative priority?

     ☐ No. Specify each creditor, including this
       creditor, and its relative priority.

     ☐ Yes. The relative priority of creditors is
       specified on lines _____

**Describe debtor's property that is
subject to a lien**

**2018 Wabash Dry Van**

**Describe the lien**

**Purchase Money**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

     $21,421.44      $21,421.44

Surrender for value.

**2.15**   Creditor's name
**Mercedes-Benz Financial Services USA**

Creditor's mailing address
**14372 Heritage Parkway**

_____

_____

**Ft. Worth**      **TX**   **76177**

Creditor's email address, if known

_____

Date debt was incurred    **2/26/2018**

Last 4 digits of account
number     **1   0   0   1**

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes. Have you already specified the
     relative priority?

     ☐ No. Specify each creditor, including this
       creditor, and its relative priority.

     ☐ Yes. The relative priority of creditors is
       specified on lines _____

**Describe debtor's property that is
subject to a lien**

**2018 Wabash Trailer Dry Van**

**Describe the lien**

**Purchase Money**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

     $33,994.16      $33,994.16

Surrender for value.

Debtor  **In Mobil Trucking, LLC**  _____  Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | *Amount of claim*<br>Do not deduct the<br>value of collateral. | *Value of collateral*<br>**that supports<br>this claim** |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.16**

Creditor's name
**Mercedes-Benz Financial Services USA**

Creditor's mailing address
**14372 Heritage Parkway**

_____

_____

**Ft. Worth          TX    76177**

Creditor's email address, if known

_____

Date debt was incurred    **11/13/2017**

Last 4 digits of account
number          **1   0   0   1**

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes.  Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien

**2018 Trailer Dry Van**

Describe the lien

**Purchase Money**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$31,257.52          $31,257.52

Surrender for value.

**2.17**

Creditor's name
**Triumph Commerical Finance**

Creditor's mailing address
**12700 Park Central Dr., #1700**

_____

**Dallas          TX    75251**

Creditor's email address, if known

_____

Date debt was incurred    **12/1/2017**

Last 4 digits of account
number          **7   7   3   5**

Do multiple creditors have an interest in
the same property?

☑ No

☐ Yes.  Have you already specified the
relative priority?

    ☐ No.  Specify each creditor, including this
creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is
specified on lines _____

Describe debtor's property that is
subject to a lien

**(3) 2018 Washbash Trailer**

Describe the lien

**Purchase Money**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$50,015.75          $50,015.75

Surrender for value

Debtor **In Mobil Trucking, LLC**      Case number (if known) _____

| **Part 1:** | **Additional Page** | | **Column A**<br>Amount of claim<br>Do not deduct the<br>value of collateral. | **Column B**<br>Value of collateral<br>that supports<br>this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.18** | **Creditor's name**
**Volvo Financial Services**

**Creditor's mailing address**
**P.O. Box 7247-6667**

_____

_____

**Philadelphia**     **PA**   **19170-6667**

**Creditor's email address, if known**

_____

Date debt was incurred   **10/6/2016**

**Last 4 digits of account
number**   **7 0 0 1**

**Do multiple creditors have an interest in
the same property?**

☑ No
☐ Yes. Have you already specified the
     relative priority?

     ☐ No. Specify each creditor, including this
        creditor, and its relative priority.

     ☐ Yes. The relative priority of creditors is
        specified on lines _____

**Describe debtor's property that is
subject to a lien**

**2016 Volvo VN 670**

**Describe the lien**

**Purchase Money**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

                 **$63,368.40**         **$63,368.40**

Surrender for value.

**2.19** | **Creditor's name**
**Volvo Financial Services**

**Creditor's mailing address**
**P.O. Box 7247-6667**

_____

**Philadelphia**     **PA**   **19170-6667**

**Creditor's email address, if known**

_____

Date debt was incurred   **3/6/2017**

**Last 4 digits of account
number**   **7 0 0 3**

**Do multiple creditors have an interest in
the same property?**

☑ No
☐ Yes. Have you already specified the
     relative priority?

     ☐ No. Specify each creditor, including this
        creditor, and its relative priority.

     ☐ Yes. The relative priority of creditors is
        specified on lines _____

**Describe debtor's property that is
subject to a lien**

**(2) 2017 Volvo VN 670**

**Describe the lien**

**Purchase Money**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

                 **$152,826.36**       **$152,826.36**

Surrender for value.

Debtor  **In Mobil Trucking, LLC** _____ Case number (if known) _____

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|

**2.20**

| | | |
|---|---|---|
| Creditor's name<br>**Volvo Financial Services** | Describe debtor's property that is<br>subject to a lien | $226,230.31 \| $226,230.31 |

**(2) 2018 Volvo VNL 860**

Creditor's mailing address
**P.O. Box 7247-6667**

Describe the lien

**Purchase Money**
_____

Is the creditor an insider or related party?

_____
**Philadelphia       PA   19170-6667**

☑ No

Creditor's email address, if known

☐ Yes

_____

Is anyone else liable on this claim?

Date debt was incurred     **9/1/2017**

☑ No

Last 4 digits of account
number                **7  0  0  4**

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in
the same property?

As of the petition filing date, the claim is:
Check all that apply.

☑ No

☐ Contingent

☐ Yes.  Have you already specified the
relative priority?

☐ Unliquidated

☐ Disputed

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

**Surrender for value.**

**2.21**

| | | |
|---|---|---|
| Creditor's name<br>**Volvo Financial Services** | Describe debtor's property that is<br>subject to a lien | $118,529.50 \| $118,529.50 |

**2018 Volvo VNL 860**

Creditor's mailing address
**P.O. Box 7247-6667**

Describe the lien

**Purchase Money**
_____

Is the creditor an insider or related party?

_____
**Philadelphia       PA   19170-6667**

☑ No

Creditor's email address, if known

☐ Yes

_____

Is anyone else liable on this claim?

Date debt was incurred     **1/26/2018**

☑ No

Last 4 digits of account
number                **7  0  0  5**

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in
the same property?

As of the petition filing date, the claim is:
Check all that apply.

☑ No

☐ Contingent

☐ Yes.  Have you already specified the
relative priority?

☐ Unliquidated

☐ Disputed

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines _____

Debtor __In Mobil Trucking, LLC__      Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
| --- | --- | --- | --- |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.22**    **Creditor's name**
**Volvo Financial Services**

**Creditor's mailing address**
**P.O. Box 7247-6667**

_____

_____

__Philadelphia__     __PA__    __19170-6667__

**Creditor's email address, if known**

_____

**Date debt was incurred**    __6/12/2018__

**Last 4 digits of account number**    __7__ __0__ __0__ __6__

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**(2) 2019 Volvo VNL 860**

**Describe the lien**

**Purchase Money**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

     $259,533.97      $259,533.87

Surrender for value.

**2.23**    **Creditor's name**
**Volvo Financial Services**

**Creditor's mailing address**
**P.O. Box 7247-6667**

_____

__Philadelphia__     __PA__    __19170-6667__

**Creditor's email address, if known**

_____

**Date debt was incurred**    __9/16/2016__

**Last 4 digits of account number**    __7__ __0__ __0__ __2__

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**2017 Wabash Trailer Dry Van**

**Describe the lien**

**Purchase Money**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

     $15,169.55      $15,169.55

Surrender for value.

**Fill in this information to identify the case:**

Debtor    **In Mobil Trucking, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.
☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1**    **Priority creditor's name and mailing address**

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account
number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured
claim:** 11 U.S.C. § 507(a)( _____ )

Debtor **In Mobil Trucking, LLC**     Case number (if known) _____

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                                                          **Amount of claim**

**3.1**   **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:       **$14,476.46**
*Check all that apply.*

**Agile Premium Finance**

**PO Box 549**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Newark**        **NJ**    **07101-0549**      **Non Purchase Money**

Date or dates debt was incurred    **2019**      **Is the claim subject to offset?**

Last 4 digits of account number    **5   6   7   2**     ☑ No   ☐ Yes

---

**3.2**   **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:       **$6,767.76**
*Check all that apply.*

**Bestpass Inc.**

**PO Box 786587**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Philadelphia**      **PA**    **19178-6587**      **Toll Tag**

Date or dates debt was incurred    **2020**      **Is the claim subject to offset?**

Last 4 digits of account number    **8   9   6   8**     ☑ No   ☐ Yes

---

**3.3**   **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:       **$38.60**
*Check all that apply.*

**Credit Protection Assoc.**

**co NTTA**

**PO Box 207899**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Dallas**        **TX**    **75320-7899**      **Collecting For**

Date or dates debt was incurred    **2020**      **Is the claim subject to offset?**

Last 4 digits of account number    **2   7   3   4**     ☑ No   ☐ Yes

---

**3.4**   **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:       **$90.64**
*Check all that apply.*

**Credit Protection Assoc.**

**co NTTA**

**PO Box 207899**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Dallas**        **TX**    **75320-7899**      **Collecting For**

Date or dates debt was incurred    **2020**      **Is the claim subject to offset?**

Last 4 digits of account number    **9   5   6   5**     ☑ No   ☐ Yes

---

Debtor __In Mobil Trucking, LLC_____ Case number (if known) _____

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| | | |
|---|---|---|
| **3.5** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$253.59** |

**Credit Protection Assoc.**

**co NTTA**

**PO Box 207899**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| | | |
|---|---|---|
| **Dallas** | **TX** | **75320-7899** |

**Collecting For**

**Date or dates debt was incurred**    **2020**

**Is the claim subject to offset?**

**Last 4 digits of account number**    **8 4 8 1**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.6** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$221.88** |

**Credit Protection Assoc.**

**co NTTA**

**PO Box 207899**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| | | |
|---|---|---|
| **Dallas** | **TX** | **75320-7899** |

**Collecting For**

**Date or dates debt was incurred**    **2020**

**Is the claim subject to offset?**

**Last 4 digits of account number**    **5 1 4 2**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.7** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$32.95** |

**Credit Protection Assoc.**

**co NTTA**

**PO Box 207899**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| | | |
|---|---|---|
| **Dallas** | **TX** | **75320-7899** |

**Collecting For**

**Date or dates debt was incurred**    **2020**

**Is the claim subject to offset?**

**Last 4 digits of account number**    **3 0 6 1**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.8** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$18.54** |

**CTRMA Processing**

**PO Box 3649**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| | | |
|---|---|---|
| **Pflugerville** | **TX** | **78691** |

**Toll Tag**

**Date or dates debt was incurred**    **2020**

**Is the claim subject to offset?**

**Last 4 digits of account number**    **3 6 3 6**

☑ No
☐ Yes

Debtor  __In Mobil Trucking, LLC_____   Case number (if known) _____

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address |
|---|---|

__DPY__

__209 South Main St., 3rd Fl__

_____

__Akron__                 __OH    44308__

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Toll Tag__

$451.95

Date or dates debt was incurred   __Unknown__

Last 4 digits of account number   __5   1   7   8__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address |
|---|---|

__E-470 Public Highway Authority__

__P.O. Box 5470__

_____

__Denver__                 __CO    80217-5470__

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Toll Tag__

$4,194.10

Date or dates debt was incurred   _____

Last 4 digits of account number   __9   4   4   0__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address |
|---|---|

__E-470 Public Highway Authority__

__P.O. Box 5470__

_____

__Denver__                 __CO    80217-5470__

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Toll Tag__

$2.05

Date or dates debt was incurred   __2020__

Last 4 digits of account number   __4   7   5   6__

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address |
|---|---|

__E-470 Public Highway Authority__

__P.O. Box 5470__

_____

__Denver__                 __CO    80217-5470__

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Toll Tag__

$201.60

Date or dates debt was incurred   __2020__

Last 4 digits of account number   __9   5   7   9__

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **In Mobil Trucking, LLC**                              Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $29.10 |
|---|---|---|---|

Check all that apply.

**E-470 Public Highway Authority**

**P.O. Box 5470**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Denver    CO    80217-5470    **Toll Tag**

Date or dates debt was incurred    **2020**

**Is the claim subject to offset?**

Last 4 digits of account number    **2   8   0   9**

☑ No
☐ Yes

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $130.80 |
|---|---|---|---|

Check all that apply.

**E-470 Public Highway Authority**

**P.O. Box 5470**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Denver    CO    80217-5470    **Toll Tag**

Date or dates debt was incurred    **2020**

**Is the claim subject to offset?**

Last 4 digits of account number    **5   4   0   1**

☑ No
☐ Yes

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $150.80 |
|---|---|---|---|

Check all that apply.

**E-470 Public Highway Authority**

**P.O. Box 5470**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Denver    CO    80217-5470    **Toll Tag**

Date or dates debt was incurred    **2020**

**Is the claim subject to offset?**

Last 4 digits of account number    **5   6   1   2**

☑ No
☐ Yes

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,121.15 |
|---|---|---|---|

Check all that apply.

**E-470 Public Highway Authority**

**P.O. Box 5470**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Denver    CO    80217-5470    **Toll Tag**

Date or dates debt was incurred    **2020**

**Is the claim subject to offset?**

Last 4 digits of account number    **4   1   1   7**

☑ No
☐ Yes

Debtor **In Mobil Trucking, LLC**                          Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.17**   **Nonpriority creditor's name and mailing address**

E-470 Public Highway Authority

P.O. Box 5470

_____

Denver                    CO      80217-5470

Date or dates debt was incurred          2020

Last 4 digits of account number      4   2   8   0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Toll Tag

**Is the claim subject to offset?**
☑ No
☐ Yes

$7.05

---

**3.18**   **Nonpriority creditor's name and mailing address**

E-Pass Service Center

762 S. Goldenrod Rd.

_____

Orlando                   FL      32822

Date or dates debt was incurred          2020

Last 4 digits of account number      3   9   6   0

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Toll Tag

**Is the claim subject to offset?**
☑ No
☐ Yes

$6.00

---

**3.19**   **Nonpriority creditor's name and mailing address**

E-Pass Service Center

762 S. Goldenrod Rd.

_____

Orlando                   FL      32822

Date or dates debt was incurred          2020

Last 4 digits of account number      6   4   6   4

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Toll Tag

**Is the claim subject to offset?**
☑ No
☐ Yes

$13.80

---

**3.20**   **Nonpriority creditor's name and mailing address**

F.N.B.Equipment Finance

1853 Highway, 315

_____

Pittston                  PA      18640

Date or dates debt was incurred

Last 4 digits of account number      4   E   F   1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Repo

**Is the claim subject to offset?**
☑ No
☐ Yes

$213,070.34

**(1) 2018 Freightliner Casadia 126 Tractor SN
(1) 2018 Wabash Dry Van Trailer**

---

Debtor   **In Mobil Trucking, LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.21** **Nonpriority creditor's name and mailing address**

**FDOT**

**PO Box 31241**

_____

Tampa                    FL     33631-3241

Date or dates debt was incurred        **2020**

Last 4 digits of account number      **2   7   9   2**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Toll Tag**

**Is the claim subject to offset?**
☑ No
☐ Yes

$588.52

**3.22** **Nonpriority creditor's name and mailing address**

**FDOT**

**PO Box 31241**

_____

Tampa                    FL     33631-3241

Date or dates debt was incurred        **2020**

Last 4 digits of account number      **1   5   9   0**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Toll Tag**

**Is the claim subject to offset?**
☑ No
☐ Yes

$126.81

**3.23** **Nonpriority creditor's name and mailing address**

**FDOT**

**PO Box 31241**

_____

Tampa                    FL     33631-3241

Date or dates debt was incurred        **2020**

Last 4 digits of account number      **6   2   3   6**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Toll Tag**

**Is the claim subject to offset?**
☑ No
☐ Yes

$658.24

**3.24** **Nonpriority creditor's name and mailing address**

**FDOT**

**PO Box 31241**

_____

Tampa                    FL     33631-3241

Date or dates debt was incurred        **2020**

Last 4 digits of account number      **0   3   8   9**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Toll Tag**

**Is the claim subject to offset?**
☑ No
☐ Yes

$422.58

Debtor    **In Mobil Trucking, LLC**                                    Case number (if known) _____

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.25 | Nonpriority creditor's name and mailing address |
|---|---|

FDOT

PO Box 31241

_____

Tampa                          FL      33631-3241

Date or dates debt was incurred      **2020**

Last 4 digits of account number      9    4    4    5

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Toll Tag

**Is the claim subject to offset?**
☑ No
☐ Yes

**$901.61**

| 3.26 | Nonpriority creditor's name and mailing address |
|---|---|

FDOT

PO Box 31241

_____

Tampa                          FL      33631-3241

Date or dates debt was incurred      **Various**

Last 4 digits of account number      1    3    3    0

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Toll Tag

**Is the claim subject to offset?**
☑ No
☐ Yes

**$546.77**

| 3.27 | Nonpriority creditor's name and mailing address |
|---|---|

Fort Bend Tollway

P.O. Box 650802

_____

Dallas                          TX      75265-0802

Date or dates debt was incurred      **Unknown**

Last 4 digits of account number      5    2    5    1

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Toll Tag

**Is the claim subject to offset?**
☑ No
☐ Yes

**$12.91**

| 3.28 | Nonpriority creditor's name and mailing address |
|---|---|

GWENDOLYN E. HUNT

2010 N. Hampton Rd., Ste. 400

_____

Desoto                          TX      75115

Date or dates debt was incurred      **07/09/2020**

Last 4 digits of account number      __  __  __  __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Attorney Fees

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

Debtor __In Mobil Trucking, LLC__ Case number (if known) _____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.50 |

HCTRA-Violations

Dept 11

PO Box 4440

☐ Contingent
☐ Unliquidated
☐ Disputed

Houston                TX        77210-4440

**Basis for the claim:**
Non Purchase Money

Date or dates debt was incurred        2019

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number        7  2  5  6

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $103.30 |

Illinois Tollway

PO Box 5544

☐ Contingent
☐ Unliquidated
☐ Disputed

Chicago                IL        60680

**Basis for the claim:**
Non Purchase Money

Date or dates debt was incurred        2020

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number        3  5  3  2

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,742.12 |

Imperial NFS

30 Montgomery St., #501

☐ Contingent
☐ Unliquidated
☐ Disputed

Jersey City            NJ        07302

**Basis for the claim:**
Insurance

Date or dates debt was incurred        2020

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number        9  2  7  6

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $469.17 |

Kansas Turnpike Authority

9401 E. Kellogg Dr.

☐ Contingent
☐ Unliquidated
☐ Disputed

Wichita                KS        67207

**Basis for the claim:**
Toll Tag

Date or dates debt was incurred        2020

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number        4  5  9  8

---

Debtor **In Mobil Trucking, LLC**     Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.33**   **Nonpriority creditor's name and mailing address**

**Kansas Turnpike Authority**

**PO Box 5018**

**Wichita**     **KS**     **67201-5018**

Date or dates debt was incurred    **2020**

Last 4 digits of account number    **6**   **5**   **0**   **4**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Toll Tag**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$104.26**

---

**3.34**   **Nonpriority creditor's name and mailing address**

**Legacy**

**230 Allegheny Blvd.**

**Brookville**     **PA**     **15825**

Date or dates debt was incurred    **2020**

Last 4 digits of account number    **4**   **B**   **R**   **S**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Non Purchase Money**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$579.23**

---

**3.35**   **Nonpriority creditor's name and mailing address**

**Linebarger Goggan Blair et al**

**Attorneys at Law**

**11001 W. 120th Ave., Suite 215**

**Broomfield**     **CO**     **80021**

Date or dates debt was incurred    **2020**

Last 4 digits of account number    **1**   **2**   **0**   **2**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Non Purchase Money**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$64.35**

---

**3.36**   **Nonpriority creditor's name and mailing address**

**Linebarger Goggan Blair et al**

**Attorneys at Law**

**11001 W. 120th Ave., Suite 215**

**Broomfield**     **CO**     **80021**

Date or dates debt was incurred    **2020**

Last 4 digits of account number    **1**   **4**   **4**   **6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Non Purchase Money**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$29.10**

---

Debtor    **In Mobil Trucking, LLC**        Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.37**   Nonpriority creditor's name and mailing address

**Linebarger Goggan Blair et al**

**Attorneys at Law**

**11001 W. 120th Ave., Suite 215**

_____

**Broomfield**        **CO**     **80021**

Date or dates debt was incurred    **2020**

Last 4 digits of account number    **9**   **3**   **6**   **1**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Non Purchase Money**

Is the claim subject to offset?
☑ No
☐ Yes

**$84.05**

---

**3.38**   Nonpriority creditor's name and mailing address

**MSB**

**P.O. Box 16755**

_____

**Austin**        **TX**     **78761-6755**

Date or dates debt was incurred    **2020**

Last 4 digits of account number    **i**   **o**   **u**   **s**

**Turnpike Violations**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Toll Tag**

Is the claim subject to offset?
☑ No
☐ Yes

**$175.00**

---

**3.39**   Nonpriority creditor's name and mailing address

**MSB**

**P.O. Box 16755**

_____

**Austin**        **TX**     **78761-6755**

Date or dates debt was incurred    **2020**

Last 4 digits of account number    **i**   **o**   **u**   **s**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Toll Tag**

Is the claim subject to offset?
☑ No
☐ Yes

**$105.00**

---

**3.40**   Nonpriority creditor's name and mailing address

**Nex Trag**

**PO Box 538566**

_____

**Atlanta**        **GA**     **30353-8566**

Date or dates debt was incurred    **2020**

Last 4 digits of account number    **8**   **5**   **7**   **2**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Non Purchase Money**

Is the claim subject to offset?
☑ No
☐ Yes

**$732.20**

---

Debtor   **In Mobil Trucking, LLC**                                Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$431.15** |
|---|---|---|---|

**North American Truck & Trailer, Inc.**

**4500 N. Cliff Ave.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Non Purchase Money**

| **Sioux Falls** | **SD** | **57104** |
|---|---|---|

Date or dates debt was incurred   **2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18.05** |
|---|---|---|---|

**Northwest Parkway**

**3701 Northwest Parkway**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Toll Tag**

| **Broomfield** | **CO** | **80023-9479** |
|---|---|---|

Date or dates debt was incurred   **2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **9  0  7  4**

---

| **3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$44.35** |
|---|---|---|---|

**Northwest Parkway**

**3701 Northwest Parkway**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Toll Tag**

| **Broomfield** | **CO** | **80023-9479** |
|---|---|---|

Date or dates debt was incurred   **2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **4  8  6  4**

---

| **3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49.06** |
|---|---|---|---|

**NTTA**

**P.O. Box 660244**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Toll Tag**

| **Dallas** | **TX** | **75266-0244** |
|---|---|---|

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **6  6  5  6**

---

Debtor  **In Mobil Trucking, LLC**      Case number (if known) _____

| **Part 2:** | **Additional Page** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.45**  Nonpriority creditor's name and mailing address

**NTTA**

**P.O. Box 660244**

_____

**Dallas**     **TX**    **75266-0244**

Date or dates debt was incurred  _____

Last 4 digits of account number   **7**   **8**   **6**   **1**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Toll Tag**

Is the claim subject to offset?
☑ No
☐ Yes

**$121.35**

---

**3.46**  Nonpriority creditor's name and mailing address

**NTTA**

**P.O. Box 660244**

_____

**Dallas**     **TX**    **75266-0244**

Date or dates debt was incurred  _____

Last 4 digits of account number   **9**   **3**   **1**   **3**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Toll Tag**

Is the claim subject to offset?
☑ No
☐ Yes

**$20.65**

---

**3.47**  Nonpriority creditor's name and mailing address

**NTTA**

**P.O. Box 660244**

_____

**Dallas**     **TX**    **75266-0244**

Date or dates debt was incurred  **Unknown**

Last 4 digits of account number   **8**   **6**   **2**   **2**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Toll Tag**

Is the claim subject to offset?
☑ No
☐ Yes

**$6.00**

---

**3.48**  Nonpriority creditor's name and mailing address

**NTTA**

**P.O. Box 660244**

_____

**Dallas**     **TX**    **75266-0244**

Date or dates debt was incurred  **2020**

Last 4 digits of account number   **8**   **9**   **7**   **8**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Toll Tag**

Is the claim subject to offset?
☑ No
☐ Yes

**$90.64**

---

Debtor **In Mobil Trucking, LLC**      Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.49**    **Nonpriority creditor's name and mailing address**

**$87.15**

NTTA

P.O. Box 660244

Dallas      TX     75266-0244

Date or dates debt was incurred    **2020**

Last 4 digits of account number    **6   6   9   0**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Toll Tag

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.50**    **Nonpriority creditor's name and mailing address**

**$15.62**

NTTA

P.O. Box 660244

Dallas      TX     75266-0244

Date or dates debt was incurred    **2020**

Last 4 digits of account number    **9   3   1   3**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Toll Tag

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.51**    **Nonpriority creditor's name and mailing address**

**$29.64**

NTTA

P.O. Box 660244

Dallas      TX     75266-0244

Date or dates debt was incurred    **2020**

Last 4 digits of account number    **5   7   3   7**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Toll Tag

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.52**    **Nonpriority creditor's name and mailing address**

**$750.78**

NTTA

P.O. Box 660244

Dallas      TX     75266-0244

Date or dates debt was incurred    **2020**

Last 4 digits of account number    **3   7   4   6**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Toll Tag

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

Debtor    **In Mobil Trucking, LLC**      Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.53**   Nonpriority creditor's name and mailing address     **$505.18**

NTTA

PO Box 260928

_____

Plano      TX    75026-0928

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Toll Tag

Date or dates debt was incurred    **2020**

Last 4 digits of account number    **6 4 5 8**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.54**   Nonpriority creditor's name and mailing address     **$810.84**

NTTA

P.O. Box 660244

_____

Dallas      TX    75266-0244

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Toll Tag

Date or dates debt was incurred    **Unknown**

Last 4 digits of account number    **1 6 7 4**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.55**   Nonpriority creditor's name and mailing address     **$121.35**

NTTA

P.O. Box 660244

_____

Dallas      TX    75266-0244

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Toll Tag

Date or dates debt was incurred    **Unknown**

Last 4 digits of account number    **7 8 6 1**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.56**   Nonpriority creditor's name and mailing address     **$390.20**

PA Turnpike Toll By Plate

PO Box 645631

_____

Pittsburgh      PA    15264-5254

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Toll Tag

Date or dates debt was incurred    **2020**

Last 4 digits of account number    **2 7 3 5**

**Is the claim subject to offset?**
☑ No
☐ Yes

102442754-1

Debtor __In Mobil Trucking, LLC__      Case number (if known) _____

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.57**   **Nonpriority creditor's name and mailing address**

__PA Turnpike Toll By Plate__

__PO Box 645631__

| | | |
|---|---|---|
| Pittsburgh | PA | 15264-5254 |

Date or dates debt was incurred    **2020**

Last 4 digits of account number    **2 7 3 5**

102442755-1

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Toll Tag__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$275.10**

---

**3.58**   **Nonpriority creditor's name and mailing address**

__Padfield & Stout, LLP__

__420 Throckmorton Street, #1210__

| | | |
|---|---|---|
| Ft. Worth | TX | 76102 |

Date or dates debt was incurred    **2019**

Last 4 digits of account number    **4 5 1 9**

c/o: De Lage Landen Financial Services, Inc.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Collecting For__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$527,388.88**

---

**3.59**   **Nonpriority creditor's name and mailing address**

__Perdue, Brandon, Fielder, Collins & Mott__

__500 East Border St., #400__

| | | |
|---|---|---|
| Arlington | TX | 76010 |

Date or dates debt was incurred    **Various**

Last 4 digits of account number    **7 7 0 7**

c/o: Forney I.S.D.

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Collecting For__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$39,689.17**

---

**3.60**   **Nonpriority creditor's name and mailing address**

__Quick Pass Customer Service__

__PO Box 71116__

| | | |
|---|---|---|
| Charlotte | NC | 28272-1116 |

Date or dates debt was incurred    **2020**

Last 4 digits of account number    **8 8 7 3**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Toll Tag__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$46.52**

Debtor  **In Mobil Trucking, LLC** _____  Case number (if known) _____

| **Part 2:** | **Additional Page** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.61 | **Nonpriority creditor's name and mailing address** | | **$7.25** |

**RI dot** _____

**PO Box 576** _____

_____

| **Jamestown** | **RI** | **02835** |

| **Date or dates debt was incurred** | **2020** |

| **Last 4 digits of account number** | **8 3 4 7** |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Toll Tag**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | | **$85.22** |

**Riverlink** _____

**PO Box 16799** _____

_____

| **Austin** | **TX** | **78761-6799** |

| **Date or dates debt was incurred** | **2020** |

| **Last 4 digits of account number** | **4 2 3 8** |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Toll Tag**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | | **$85.22** |

**Riverlink** _____

**PO Box 16799** _____

_____

| **Austin** | **TX** | **78761-6799** |

| **Date or dates debt was incurred** | **2020** |

| **Last 4 digits of account number** | **7 1 7 8** |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Toll Tag**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | | **$72.61** |

**Riverlink** _____

**PO Box 16799** _____

_____

| **Austin** | **TX** | **78761-6799** |

| **Date or dates debt was incurred** | **2020** |

| **Last 4 digits of account number** | **1 5 8 0** |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Toll Tag**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **In Mobil Trucking, LLC**      Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.65**   Nonpriority creditor's name and mailing address        **$72.61**

**Riverlink**

**PO Box 16799**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Austin      **TX**    **78761-6799**

Basis for the claim:
**Toll Tag**

Date or dates debt was incurred    **2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **0**   **9**   **2**   **6**

---

**3.66**   Nonpriority creditor's name and mailing address        **$110.44**

**Riverlink**

**PO Box 16799**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Austin      **TX**    **78761-6799**

Basis for the claim:
**Toll Tag**

Date or dates debt was incurred    **2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **9**   **8**   **0**   **4**

---

**3.67**   Nonpriority creditor's name and mailing address        **$40.50**

**THEA**

**PO Box 865460**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Orlando      **FL**    **32886-5460**

Basis for the claim:
**Toll Tag**

Date or dates debt was incurred    **2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **6**   **0**   **5**   **7**

---

**3.68**   Nonpriority creditor's name and mailing address        **$23.38**

**THEA**

**PO Box 865460**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Orlando      **FL**    **32886-5460**

Basis for the claim:
**Toll Tag**

Date or dates debt was incurred    **2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    **3**   **8**   **1**   **0**

---

Debtor __In Mobil Trucking, LLC__     Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $463.63 |

**Tx Tag**

**P.O. Box 650749**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Dallas          TX     75265-0749     **Toll Tag**

| Date or dates debt was incurred | **Unknown** | **Is the claim subject to offset?** |

Last 4 digits of account number   **1   3   7   4**

☑ No
☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $102.72 |

**Tx Tag**

**P.O. Box 650749**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Dallas          TX     75265-0749     **Toll Tag**

| Date or dates debt was incurred | **Unknown** | **Is the claim subject to offset?** |

Last 4 digits of account number   **0   7   8   5**

☑ No
☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $93.95 |

**Tx Tag**

**P.O. Box 650749**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Dallas          TX     75265-0749     **Toll Tag**

| Date or dates debt was incurred | **Unknown** | **Is the claim subject to offset?** |

Last 4 digits of account number   **0   3   6   3**

☑ No
☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $99.10 |

**Tx Tag**

**P.O. Box 650749**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Dallas          TX     75265-0749     **Toll Tag**

| Date or dates debt was incurred | **Unknown** | **Is the claim subject to offset?** |

Last 4 digits of account number   **0   3   6   3**

☑ No
☐ Yes

---

Debtor __**In Mobil Trucking, LLC**_____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.73** **Nonpriority creditor's name and mailing address**

TxTag

P.O. Box  650749

Dallas                 TX      75265-0749

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Toll Tag

**Date or dates debt was incurred** 2020

**Last 4 digits of account number** 2  8  6  0

**Is the claim subject to offset?**
☑ No
☐ Yes

$93.26

---

**3.74** **Nonpriority creditor's name and mailing address**

US Drug Test Centers LLC

770 East Warm Spring Road, #225

Las Vegas            NV      89119

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Non Purchase Money

**Date or dates debt was incurred** 2020

**Last 4 digits of account number** 9  2  9  0

**Is the claim subject to offset?**
☑ No
☐ Yes

$419.70

---

**3.75** **Nonpriority creditor's name and mailing address**

Violations Processing Center

PO Box 15186

Albany                NY      12212-5186

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Toll Tag

**Date or dates debt was incurred** 2020

**Last 4 digits of account number** 8  6  5  1

**Is the claim subject to offset?**
☑ No
☐ Yes

$155.00

---

**3.76** **Nonpriority creditor's name and mailing address**

Violations Processing Center

PO Box 15186

Albany                NY      12212-5186

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Toll Tag

**Date or dates debt was incurred** 2020

**Last 4 digits of account number** 0  0  0  1

**Is the claim subject to offset?**
☑ No
☐ Yes

$110.00

---

Debtor __In Mobil Trucking, LLC__      Case number (if known) _____

## Part 2:    Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,861.94 |

__Volvo Financial Services__

__7025 Albert Pick Rd., #105__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Non Purchase Money__

| __Greensboro__ | __NC__ | __27409__ |

Date or dates debt was incurred    __2020__

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __3__   __4__   __3__   __8__

__Services__

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $102.00 |

__WVPA__

__PO Box 1469__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Toll Tag__

| __Charleston__ | __WV__ | __25325__ |

Date or dates debt was incurred    __2020__

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __3__   __7__   __3__   __1__

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $84.63 |

__Zipcash USA DBA Netcashusa__

__300 Creek View Road, #102__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Toll Tag__

| __Newark__ | __DE__ | __19711__ |

Date or dates debt was incurred    __Unknown__

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __7__   __8__   __6__   __1__

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $741.36 |

__Zipcash USA DBA Netcashusa__

__300 Creek View Road, #102__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Toll Tag__

| __Newark__ | __DE__ | __19711__ |

Date or dates debt was incurred    __Unknown__

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __1__   __6__   __7__   __4__

---

Debtor  **In Mobil Trucking, LLC**                                    Case number (if known)  _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.   Add the amounts of priority and nonpriority unsecured claims.

                                                                              **Total of claim amounts**

5a.  **Total claims from Part 1**                                5a.                   **$0.00**

5b.  **Total claims from Part 2**                                5b. **+**            **$850,516.08**

5c.  **Total of Parts 1 and 2**                                  5c.                  **$850,516.08**
     Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name **In Mobil Trucking, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____ Chapter **7**

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**Fill in this information to identify the case:**

Debtor name __**In Mobil Trucking, LLC**__

United States Bankruptcy Court for the: __**NORTHERN DISTRICT OF TEXAS**__

Case number _____
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| _Column 1:_ **Codebtor** | | _Column 2:_ **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | _Check all schedules that apply:_ |

**Fill in this information to identify the case:**

Debtor Name **In Mobil Trucking, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          12/15

## Part 1:     Summary of Assets

1.  **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

|   | | |
|---|---|---|
| 1a. | **Real property:**<br>Copy line 88 from Schedule A/B................................................................. | **$0.00** |
| 1b. | **Total personal property:**<br>Copy line 91A from Schedule A/B.......................................................... | **$2,034,748.29** |
| 1c. | **Total of all property**<br>Copy line 92 from Schedule A/B............................................................ | **$2,034,748.29** |

## Part 2:     Summary of Liabilities

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................................... **$2,064,467.07**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

|   | | |
|---|---|---|
| 3a. | **Total claim amounts of priority unsecured claims:**<br>Copy the total claims from Part 1 from line 5a of Schedule E/F............................................ | **$0.00** |
| 3b. | **Total amount of claims of nonpriority amount of unsecured claims:**<br>Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.............................. | **+     $850,516.08** |

4.  **Total liabilities**
    Lines 2 + 3a + 3b.................................................................................................................... **$2,914,983.15**

**Fill in this information to identify the case and this filing:**

Debtor Name    __In Mobil Trucking, LLC__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF TEXAS__

Case number
(if known)    _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __07/27/2020__    X __/s/ Igor Nisic__
    MM / DD / YYYY       Signature of individual signing on behalf of debtor

                                   __Igor Nisic__
                                     Printed name
                                     __Owner__
                                     Position or relationship to debtor

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>In Mobil Trucking, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>NORTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

**1. Gross revenue from business**

☐ None

Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year

Sources of revenue
Check all that apply.

Gross revenue
(before deductions and exclusions

| | | Sources of revenue | Gross revenue |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2020** to Filing date<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | _____ |
| For prior year: | From **01/01/2019** to **12/31/2019**<br>MM / DD / YYYY  MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **($12,798.00)** |
| For the year before that: | From **01/01/2018** to **12/31/2018**<br>MM / DD / YYYY  MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **($5,027.00)** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Triump Commerical Finance**<br>Creditor's name<br>**12700 Park Central Dr., #1700**<br>Street<br><br>**Dallas**        **TX**   **75251**<br>City          State   ZIP Code | **6/2020** | **$1,672.00** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

Debtor    **In Mobil Trucking, LLC**                                Case number (if known) _____
            Name

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825.  (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☒ None

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | **F. N. B. Equipment Finance** <br> Creditor's name <br> **1853 Highway 315** <br> Street <br><br> **Pittston,**    **PA**    **18640** <br> City    State    ZIP Code | **(1) 2018 Freighliner Cascadia** <br> **(1) 2018 Wabash Dry Van Trailer** | **2019** | **$213,070.34** |
| 5.2. | **Padfield & Stout, LLP** <br> Creditor's name <br> **420 ThrockmortonSt., #1210** <br> Street <br><br> **Ft. Worth**    **Tx**    **76102** <br> City    State    ZIP Code | **2019 Freightliner CA 126SLP Tractor** <br> **2019 Wabash "53" Dry Van Trailer** <br> **2019 Freightliner CA 126SLP Tractor** <br> **2019 Wabash "53" Dry Van Trailer** | **2019** | **$527,388.88** |

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

### Part 3:    Legal Actions or Assignments

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **DE Lage Landen Financial Services, Inc.** <br><br> Case number <br> **096-309145-19** | **Civil** | **IN THE DISTRICT COURT 96TH Judica** <br> Name <br> **100 N. Calhoun St.** <br> Street <br><br> **Fort Worth**    **TX**    **76196** <br> City    State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☒ Concluded |

Debtor    **In Mobil Trucking, LLC**          Case number (if known) _____
         Name

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **GWENDOLYN E. HUNT** | | **07/09/2020** | **$4,500.00** |

**Address**

**2010 N. Hampton Rd., Ste. 400**
Street

_____

**Desoto**      **TX**    **75115**
City        State    ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

Debtor __**In Mobil Trucking, LLC**__                    Case number (if known) _____
          Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

---

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | | Dates of occupancy |
|---|---|---|---|
| 14.1. **501 Redbud Dr.** | | | From __**10/2016**__    To __**12/2018**__ |
| Street | | | |
| | | | |
| **Forney**           **TX**    **75126** | | | |
| City                      State    ZIP Code | | | |

---

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

■ diagnosing or treating injury, deformity, or disease, or

■ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

---

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
    ☐ No. Go to Part 10.
    ☐ Yes. Fill in below:

---

Debtor __In Mobil Trucking, LLC__      Case number (if known) _____
       Name

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1.  **Wells Fargo Bank**<br>Name<br>**211 E. 7th St., #620**<br>Street<br><br>**Austin**  **TX**  **78701**<br>City  State  ZIP Code | XXXX- **1  7  1  4** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **6/8/2020** | **$1,000.00** |

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

Debtor    **In Mobil Trucking, LLC**          Case number (if known) _____
<br>             Name

---

**Part 12:**    **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

    ☒ No
    ☐ Yes. Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☒ No
    ☐ Yes. Provide details below.

24. **Has the debtor notified any govermental unit of any release of hazardous material?**

    ☒ No
    ☐ Yes. Provide details below.

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☒ None

26. **Books, records, and financial statements**

   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

      ☐ None

| | **Name and address** | **Dates of service** | |
|---|---|---|---|
| 26a.1. | **Ammouri Enterprises, Inc.** <br> Name | From   **3/2020**   To   **Present** | |
| | **2408 W. Walnut St.** <br> Street | | |
| | | | |
| | **Garland**      **TX**    **75042** <br> City        State   ZIP Code | | |

Debtor  **In Mobil Trucking, LLC**_____  Case number (if known) _____
Name

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|

26c.1.  **Ammouri Enterprises, Inc.**_____
Name
**2408 W. Walnut St.**_____
Street
_____

**Garland**          **TX**     **75042**
City          State     ZIP Code

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes. Give the details about the two most recent inventories.

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Igor Nisic** | **217 Welch Folly Lane**<br>**Aledo, TX 76008** | **President/ Owner / Trucking** | **100%** |

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Sinisa Cecez** | | **Manager** | From **2016** To **2/2020** |

| Debtor | **In Mobil Trucking, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No

☐ Yes. Identify below.

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

## Part 14:  Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/27/2020**
MM / DD / YYYY

**X /s/ Igor Nisic**                                    Printed name  **Igor Nisic**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor **Owner**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☒ No

☐ Yes

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

In re  **In Mobil Trucking, LLC**

Case No.  _____

Chapter  **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept................................................................ | **$4,500.00** |
| Prior to the filing of this statement I have received......................................................... | **$4,500.00** |
| Balance Due.............................................................................................................. | **$0.00** |

2. The source of the compensation paid to me was:

☑ Debtor      ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor      ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| __07/27/2020__ | __/s/ Gwendolyn E. Hunt__ | |
| *Date* | *Gwendolyn E. Hunt* | Bar No.  18267 |
| | GWENDOLYN E. HUNT, ATTORNEY | |
| | 2010 N. Hampton Rd., Ste. 400 | |
| | Desoto, TX 75115 | |
| | Phone: (214) 330-4465 / Fax: (214) 330-6977 | |

---

__/s/ Igor Nisic__

*Igor Nisic*
*Owner*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:   **In Mobil Trucking, LLC**                                                        CASE NO

                                                                                          CHAPTER   **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  7/27/2020                                      Signature  **/s/ Igor Nisic**
                                                                **Igor Nisic**
                                                                **Owner**

Date _____          Signature _____

Agile Premium Finance
PO Box 549
Newark, NJ 07101-0549


Ally Financial
1820 East Sky Harbor Circle So.
Phoenix, AZ 85034


Bestpass Inc.
PO Box 786587
Philadelphia, PA 19178-6587


BMO Harris Bank, NA
P.O. Box 74897
Chicago, IL 60694-4897


CIT Bank, NA
10201 Centurion Parkway N.#100
Jacksonville, FL 32256


Credit Protection Assoc.
co NTTA
PO Box 207899
Dallas, TX 75320-7899


CTRMA Processing
PO Box 3649
Pflugerville, TX 78691


DPY
209 South Main St., 3rd Fl
Akron, OH 44308


E-470 Public Highway Authority
P.O. Box 5470
Denver, CO 80217-5470

E-Pass Service Center
762 S. Goldenrod Rd.
Orlando, FL 32822


F.N.B.Equipment Finance
1853 Highway, 315
Pittston, PA 18640


FDOT
PO Box 31241
Tampa, FL 33631-3241


Fort Bend Tollway
P.O. Box 650802
Dallas, TX 75265-0802


HCTRA-Violations
Dept 11
PO Box 4440
Houston, TX 77210-4440


Hitachi Inspire The Next
21925 Network Place
Chicago,IL 60673-1219


Illinois Tollway
PO Box 5544
Chicago, IL 60680


Imperial NFS
30 Montgomery St., #501
Jersey City, NJ 07302


Kansas Turnpike Authority
9401 E. Kellogg Dr.
Wichita, KS 67207

Kansas Turnpike Authority
PO Box 5018
Wichita, KS 67201-5018


Kaufman County Tax Office
PO Box 339
100 N. Washington
Kaufman, TX  75142


Legacy
230 Allegheny Blvd.
Brookville, PA 15825


Linebarger Goggan Blair et al
Attorneys at Law
11001 W. 120th Ave., Suite 215
Broomfield, CO 80021


Mercedes-Benz Financial Services USA, LL
14372 Heritage Parkway
Ft. Worth, TX 76177


MSB
P.O. Box 16755
Austin, TX 78761-6755


Nex Trag
PO Box 538566
Atlanta, GA 30353-8566


North American Truck & Trailer, Inc.
4500 N. Cliff Ave.
Sioux Falls, SD 57104


Northwest Parkway
3701 Northwest Parkway
Broomfield, CO 80023-9479

```
NTTA
P.O. Box 660244
Dallas, TX 75266-0244



NTTA
PO Box 260928
Plano, TX 75026-0928



PA Turnpike Toll By Plate
PO Box 645631
Pittsburgh, PA 15264-5254



Padfield & Stout, LLP
420 Throckmorton Street, #1210
Ft. Worth, TX 76102



Perdue, Brandon, Fielder, Collins & Mott
500 East Border St., #400
Arlington, TX 76010



Quick Pass Customer Service
PO Box 71116
Charlotte, NC 28272-1116



RI dot
PO Box 576
Jamestown, RI 02835



Riverlink
PO Box 16799
Austin, TX 78761-6799



THEA
PO Box 865460
Orlando, FL 32886-5460
```

Triumph Commerical Finance
12700 Park Central Dr., #1700
Dallas, TX 75251


Tx Tag
P.O. Box 650749
Dallas, TX 75265-0749


TxTag
P.O. Box  650749
Dallas, TX 75265-0749


US Drug Test Centers LLC
770 East Warm Spring Road, #225
Las Vegas, NV 89119


Violations Processing Center
PO Box 15186
Albany, NY 12212-5186


Volvo Financial Services
P.O. Box 7247-6667
Philadelphia, PA 19170-6667


Volvo Financial Services
7025 Albert Pick Rd., #105
Greensboro, NC 27409


WVPA
PO Box 1469
Charleston, WV 25325


Zipcash USA DBA Netcashusa
300 Creek View Road, #102
Newark, Delaware 19711